IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:22cr174-MHT
                              )            (WO)
TRAVIS JEROME RHODES          )
```

SUPPLEMENTAL ORDER ON CONDITIONS OF SUPERVISED RELEASE

In accordance with and in addition to the terms of supervised release set forth in the judgment entered today, it is ORDERED that, upon commencement of supervised release, and no longer than 60 days from the start of supervised release, the probation department shall:

(1) Arrange for defendant Travis Jerome Rhodes to receive a psychiatric consultation to assess whether he would benefit from psychotropic medication, and assist defendant Rhodes with accessing any recommended medication. The probation officer shall provide a copy of the psychological evaluation by Dr. Ashlee Zito (Doc. 44-1) to the provider.

(2) Arrange for defendant Rhodes to receive long-term talk therapy with a psychologist or comparable mental-health professional to address the goals set forth in paragraph 1 on page 10 of the evaluation of Dr. Zito (Doc. 44-1).  Ideally, the provider should specialize in the treatment of anxiety/depressive symptoms and grief/loss.  The provider should also be qualified to provide cognitive-behavioral therapy, which should be considered as treatment.  The therapy shall be provided at least once every two weeks, unless otherwise indicated by the treatment provider.  The probation officer shall provide a copy of the psychological evaluation by Dr. Ashlee Zito (Doc. 44-1) to the therapist.

DONE, this the 17th day of July, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE